IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

WEST VIRGINIA MARTINSBURG

12/31/2018

ARTHUR LEE HAIRSTON SR.,

    PLAINTIFF,

V.

SOCIAL SECURITY ADMINISTRATION COMPASS POINTE,

MARTINSBURG AND MID-ATLANTIC PROGRAM CENTER,

AND UNKNOWN INDIVIDUALS,

    DEFENDANTS.

FILED

JAN 0 4 2019

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

DOCKET No. 3:19cv3

CIVIL COMPLAINT: TITLE VII

42 U.S.C 2000 et seq.

28 U.S.C. 1331:

**Bench Trial Demanded**

This complaint is for monetary; compensatory; injunctive relief; and other damages.

**Count One:**

    The plaintiff was on social security before employment with the VAMC in Martinsburg on December 27, 2015. Upon beginning work the plaintiff notified a Mr. Gant and a Ms. Nielis of that fact. Both ignored two letters sent to them by Plaintiff advising same of the fact.

**Declared 28 U.S.C. 1746**

The Plaintiffs gainful employment stopped in February 2018. On 8/30/2018 plaintiff filed for reinstatement of benefits because plaintiff was not working anymore. Upon making this request for reinstatement, the Social Security Administration at Compass Pointe, and Philadelphia began a systematic pattern of discrimination, and extortion against, the Plaintiff.

1. The Compass Pointe office and Philadelphia office denied plaintiffs reinstatement claim without reason.
2. Plaintiff has asked repeatedly for a full and fair hearing with transcriber on, the issue of overpayment, the administration has never complied under due process.
3. Compass Pointe and Philadelphia social security offices repeatedly send out harassment extortion letters concerning an overpayment which they created, by their ignorance of letters sent, by the plaintiff to them.
4. Even though, the administration claims plaintiff was in a test period of employment from January 1, 2016, admitting the fact that plaintiff notified them of employment. That said trial period ended September 2016. Both Compass Pointe and Philadelphia failed to stop the payments as of January 1, 2017. This is of no fault of the disabled plaintiff.
5. Both Compass Pointe and Philadelphia are using their created over payment as a tool to discriminate and extort the plaintiff. See, Attachment (1) the only attachment in exhibit at this time. The date October 27, 2017 no need to belabor, it does not take a year to stop benefits.
6. The facts are plaintiff after notifying defendants of employment. The plaintiff was never told of a test period or that payments must be stopped as of January 2017, or that they would be stopped. Plaintiff does not have a crystal ball or the ability to enter the social security administration or programs and stop payments. Plaintiff is a United States Air

Force Honorably Discharged Veteran with a disability that is being denied reinstatement payments due to an overpayment caused by the same folk that created the overpayment. This is outright blatant willful discrimination.

7. Plaintiff is being discriminated against see, attachment (1) at page 3 0f 6 paragraph 1. Plaintiff notified Compass Pointe that he stopped working way before the end of September 2019. The letter says we can restart your payments without a new application. Well plaintiff is being discriminated against and denied. Plaintiff's medical condition has worsened. Plaintiff seeks to be made whole. **Declared 28 U.S.C. 1746**

Wherefore in light of the foregoing facts asserted and backed up by attachment (1) to this complaint Plaintiff seeks to be made whole, to be paid any and all benefit payments denied due to the discrimination.

*/s/ Arthur L Hairston Sr.*

**ARTHUR LEE HAIRSTON SR**

Certificate of Service

I Arthur Lee Hairston SR, do hereby certify that the original copy of said complaint and attachment (1) and informa paupers application was sent to the district court and copies were sent to Compass Pointe and Philadelphia upon the following addresses:

Clerk's Office United States District Court

217 West King Street

Martinsburg WV 25401

Mid Atlantic Program Service Center

300 Spring Garden Street

Philadelphia, Pennsylvania 19123-2992

Social Security

14 Compass Pointe

Martinsburg WV 25404-9920,

All sent by US First Class Mail this 31st day of December 2018.

ARTHUR LEE HAIRSTON SR

*/s/ Arthur L. Hairston Sr.*